Opinion
issued January 26, 2012.

 

 



 

 

In The

Court of Appeals

For The

First District of Texas

 



 

NO. 01-10-01125-CV

 



 

BELLAIRE PROFESSIONAL BUILDING, LP, Appellant

 

V.

 

ISAAC GOLDBERG, M.D., Appellee

 



 

On Appeal from the County Civil
Court at Law No. 3

Harris County, Texas

Trial Court Cause No. 856,213

 



 

MEMORANDUM
OPINION








Appellant Bellaire Professional Building, LP has
failed to timely file a brief.  See
Tex. R. App. P. 38.8(a) (failure
of appellant to file brief).  After being
notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing
involuntary dismissal of case).

We dismiss the appeal for want of prosecution
for failure to timely file a brief.  

We dismiss any pending motions as moot.

PER
CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Brown.